USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
VALENTIN REIN,

                Plaintiff,

      -v-                     1:19-cv-7364-GHW

THE CALDREA COMPANY,          ORDER
              Defendant.

-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court has not received the joint status letter and proposed case management plan and scheduling order previously requested in the Court's August 30, 2019 order. These were due one week prior to the status conference set for December 11, 2019 at 4:00 p.m. The parties are directed to comply with the Court's August 30, 2019 order in its entirety forthwith.

      SO ORDERED.

Dated: December 5, 2019
New York, New York

                                          GREGORY H. WOODS
                                         United States District Judge